# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00530-CV

**Terry Christopher Bounds and Diana Bounds, Appellants**

**v.**

**Bounds and Pinto Marketing, Inc. d/b/a Canyon Lake Visitors Bureau and
f/k/a PBC Marketing Company; Austrends, Inc.; and Randy Osherow,
Trustee of the Chapter 7 Bankruptcy Estate of Terry Christopher Bounds, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
## NO. D-1-GN-13-002131, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion, signed by counsel for all parties, informing this Court that they have reached a settlement of the underlying dispute, and requesting that we abate this appeal pending approval of the settlement by the United States Bankruptcy Court. We will abate the appeal until March 3, 2014. If the parties' settlement is approved, they are instructed to file a motion to reinstate and dismiss the appeal in accordance with the settlement agreement. If the parties have not finalized the settlement by March 3, 2014, they are instructed to file a report informing this Court as to the status of the appeal and, if necessary, requesting an extension of the abatement.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Goodwin

Bankruptcy

Filed:   January 22, 2014